IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HECTOR MIRANDA, MICHAEL HERNANDEZ and OSCAR MALDONADO, Individually, and On Behalf of all Others Similarly Situated, § § § § § Plaintiffs, § § VS. § § OVERWATCH ENTRPRISES, LLC and § DAVID LANCE ROSE, Individually, § § Defendants. § | CIVIL ACTION NO. SA-17-CA-117-FB |

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed pursuant to Rule 41 of the Federal Rules of Civil Procedure on June 5, 2017 (docket #13). The parties jointly stipulate to the dismissal of this case with prejudice with each to bear their respective fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted against any party in the above styled and number cause are DISMISSED WITH PREJUDICE to re-filing with attorneys' fees and costs to be borne by the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 5th day of June, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE